```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CV-06-3011-FVS |
| ) | |
| vs. ) | |
| ) | |
| 902 LAFOLLETTE STREET, YAKIMA, ) | Order of Dismissal |
| WASHINGTON TOGETHER WITH ALL ) | |
| APPURTENANCES, FIXTURES, ) | |
| ATTACHMENTS, AND IMPROVEMENTS ) | |
| THERETO AND THEREUPON, ) | |
| ) | |
| Defendant. ) | |

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Fed. R. Civ. P.

This Court accepts the stipulation and finds that the case should be dismissed. The Court further finds that the parties have stipulated that each party shall be responsible for its attorneys' fees and costs incurred herein.

Accordingly, IT IS HEREBY ORDERED:

1) That this case is DISMISSED; and,

2) Each party shall be responsible for its attorneys' fees and costs.

The District Court Executive is hereby directed to enter this order and provide copies to counsel.

DATED this  26th  day of July, 2007.

                         s/ Fred Van Sickle

                         Fred Van Sickle
                         United States District Court Judge

Order of Dismissal - 1
P70710dm.jmkb.wpd